**Minutes of the United States District Court**
**Southern District of California**
**AUGUST 12, 2008**

HON.  **JAN M. ADLER**              DEPUTY CLERK: **R. RHONE**

TAPE NO. JMA08-01-14:21-14:24

| | | | |
|---|---|---|---|
| 08MJ2301-JMA | USA | vs. | JOSE ANGEL SERRATO-ESPINOZA -10426298 (C) |
| REMOVAL/ID HRG | | | KEITH HOWARD RUTMAN, CJA |
| | | | AUSA: GREG NOONAN |

DFT ADMITS IDENTITY

WAIVER FILED

ORDER FILED

3 MINUTES