FILED
2008 AUG 26 PM 1:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY W. Samuel Hamrick, Jr. DEPUTY
Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

RECEIVED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

August 13, 2008

Clerk, U.S. District Court
Northern District of California - San Jose
280 South 1st Street
San Jose, CA 95113

5-07-70339-PVT

Re:   08mj2301-JMA, USA v Serrato-Espinoza

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | x | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk